1

2

3

4

5

6

7

8                      UNITED STATES DISTRICT COURT

9                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   MARK SHANE THOMPSON,                    No.  2:15-cv-1928 TLN KJN P

12                  Plaintiff,

13        v.                                 FINDINGS AND RECOMMENDATIONS

14   J. ROBINETTE, et al.,

15                  Defendants.

16

17        By an order filed September 18, 2015, plaintiff was ordered to file an in forma pauperis

18   affidavit and certified trust account statement or pay the appropriate filing fees within thirty days

19   and was cautioned that failure to do so would result in a recommendation that this action be

20   dismissed.  The thirty day period has now expired, and plaintiff has not responded to the court's

21   order and has not filed the required documents or paid the appropriate filing fees.  Accordingly,

22   IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice.

23        These findings and recommendations are submitted to the United States District Judge

24   assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen days

25   after being served with these findings and recommendations, any party may file written

26   objections with the court and serve a copy on all parties.  Such a document should be captioned

27   "Objections to Magistrate Judge's Findings and Recommendations."  Any response to the

28   objections shall be filed and served within fourteen days after service of the objections.  The

                                           1

1  parties are advised that failure to file objections within the specified time may waive the right to

2  appeal the District Court's order.  <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

3  Dated:  October 28, 2015

4

5  thom1928.fifp

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2