UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK SHANE THOMPSON,<br><br>            Plaintiff,<br><br>      v.<br><br>J. ROBINETTE, et al.,<br><br>            Defendants. | No.  2:15-cv-1928 TLN KJN P<br><br><br><br>ORDER |

On October 28, 2015, the undersigned recommended dismissal of this action based on plaintiff's failure to comply with this court's September 18, 2015 order.  On November 23, 2015, plaintiff filed objections in which he states he did not receive the October 28 order, and provided a copy of his prison mail log confirming he did not receive the order.  Therefore, the findings and recommendations are vacated, and plaintiff is granted an extension of time in which to comply with the September 18, 2015 order.  Failure to comply with this order will result in a recommendation that this action be dismissed.

Accordingly, IT IS HEREBY ORDERED that:

1. The October 28, 2015 findings and recommendations (ECF No. 6) are vacated; and

////

////

////

2. Plaintiff is granted thirty days from the date of this order in which to comply with the September 18, 2015 order.

Dated: December 1, 2015

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/thom1928.36