UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK SHANE THOMPSON,<br><br>    Plaintiff,<br><br>    v.<br><br>J. ROBINETTE, et al.,<br><br>    Defendants. | No. 2:15-cv-1928 TLN KJN P<br><br><br>ORDER |

   Plaintiff filed a motion for extension of time to file a completed application to proceed in forma pauperis, and asks the court to order prison officials to allow him access to the law library to obtain the form. Plaintiff provided a copy of a November 10, 2015 memo advising plaintiff that his certified account statement was at the law library, and his December 7, 2015 inmate request for interview submitted to his counselor stating that his certified trust account statement was sent to the litigation office. (ECF No. 9 at 5, 8.) Plaintiff states that he sent multiple GA-0022 forms to the law library, but allegedly received no response. (ECF No. 10 at 1-2.) However, plaintiff provided no copies of his requests sent to the law library, and provided no dates for his efforts to contact the library. Thus, it is unclear whether the failure to respond was due to the certified trust account statement being returned to the trust office because over thirty days had elapsed.

////

1   Good cause appearing, plaintiff is granted an extension of time in which to comply with
2   the September 18, 2015 order. The undersigned will not issue an order directing prison officials
3   to provide plaintiff with access to the law library at this time, but will ask the litigation
4   coordinator to assist plaintiff in obtaining the certified trust account statement which plaintiff is
5   required to file with the court in order to proceed with this action.

6   IT IS HEREBY ORDERED that:

7   1. Plaintiff's motion for an extension of time (ECF No. 10) is granted;

8   2. Plaintiff is granted thirty days from the date of this order in which to file a completed
9   application to proceed in forma pauperis;

10  3. The court requests that the litigation coordinator or other prison official at the
11  California State Prison in Corcoran assist plaintiff in obtaining the certified trust account
12  statement he has sought since November 8, 2015;

13  4. The Clerk of the Court shall serve a copy of this order on C. Sonksen, "Litigations,"
14  and Mary Kimbrell, Litigation Coordinator, or her assistant, at the California State Prison in
15  Corcoran; and

16  5. Plaintiff's request to proceed in forma pauperis (ECF No. 9) is denied without
17  prejudice to submission of the completed application form.

18  Dated: January 6, 2016

20  thom1928.36(2)

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

2