UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK SHANE THOMPSON, | No. 2:15-cv-1928 TLN KJN P |
| Plaintiff, | |
| v. | ORDER |
| J. ROBINETTE, et al., | |
| Defendants. | |

    Plaintiff is a state prisoner, proceeding pro se. On July 21, 2016, this action was referred to the Post-Screening ADR Project and stayed. On July 28, 2016, the case was set for settlement conference before the Honorable Edward F. Brennan, on January 19, 2017, at 10:00 a.m., in Courtroom No. 8. Subsequently, the U.S. Marshal filed a waiver of service of process by defendant F. Bates, and on September 29, 2016, counsel for defendants Bates filed a notice of appearance.[1]

    Accordingly, IT IS HEREBY ORDERED that the Clerk of the Court shall serve a copy of the July 21, 2016 order (ECF No. 28) and the July 28, 2016 minute order (ECF No. 31) on

////

////

---

[1] To date, there is no return of service for defendant, J. Lopez. All other defendants have appeared through counsel.

counsel for defendant Bates (ECF No. 35).

Dated:  December 1, 2016

/thom1928.res

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE