UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK SHANE THOMPSON, | No. 2:15-cv-1928 TLN KJN P |
| Plaintiff, | |
| v. | ORDER |
| J. ROBINETTE, et al., | |
| Defendants. | |

Plaintiff is a state prisoner, proceeding pro se. On January 3, 2017, counsel for defendant Lopez filed a motion for extension of time in which to file an initial responsive pleading. On July 21, 2016, this action was stayed for 90 days pending referral to the undersigned's post-screening ADR project. Settlement conference is scheduled for January 19, 2017, at 10:00 a.m., before Magistrate Judge Edmund F. Brennan. (ECF No. 31.) Because the settlement conference was not scheduled within the 90 day period, the undersigned extends the stay of this action until completion of the settlement conference on January 19, 2017. Defendant Lopez is relieved of the obligation to file a responsive pleading pending further order of court.

Accordingly, IT IS HEREBY ORDERED that:

1. The stay of this action is extended through January 19, 2017;

2. Defendant Lopez' motion (ECF No. 39) is partially granted; and

////

1

3.  Defendant Lopez is relieved of the obligation to file a responsive pleading pending further order of court.

Dated:  January 5, 2017

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/thom1928.eot